# RECORD OF FUNDS RECEIVED FOR DEPOSIT

# INTO REGISTRY ACCOUNT

TO:   1. Intake Clerk *

      2. Case Administrator

FROM:   Financial Administrator

DATE: **3·28·2008**

UC

CASE NAME: ____Guza____

CASE NUMBER: ____06·23096____

Check Number **57042O** in the amount of $ **2725.44** was received this date and placed in an existing registry account of unclaimed funds.

Receipt Number: __05858__   Intake Clerk's Initials __PL__

* AFTER CHECK IS ENDORSED THROUGH THE REGISTER, PLEASE <u>FORWARD TO</u> THE APPROPRIATE <u>CASE ADMINISTRATOR</u>.

#4b-F

'08 MAR 28 P1:48

COURT-PGH

FILED

Office Of The Chapter 13 Trustee
Western District of Pennsylvania
US Steel Tower - Suite 3250
600 Grant Street
Pittsburgh PA 15219

Ronda J. Winnecour
Standing Trustee

Richard J. Bedford
Chief Counsel

Phillip J. McHale, III
Chief Accountant

March 12, 2008

| | | |
|---|---|---|
| John J. Horner, Esquire<br>Clerk, U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh PA 15219 | OR | John J. Horner, Esquire<br>Clerk, U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie PA 16501 |

RE: MICHELLE A. GUZA

Case No.: 06-23096 A

Dear Mr. Horner:

I enclose herein a check which represents unclaimed monies in the Chapter 13 case referenced above.

These funds are owned by the following creditor. The Trustee issued payment to the creditor, in accordance with the Chapter 13 plan. The address shown is based on the Trustee's best and most recent information.

HARBOUR LIGHTS
2690 HARBOUR LIGHTS
MYRTLE BEACH SC
29579

CHECK NUMBER 870420        AMOUNT $ 2,725.44

The disbursement(s) was returned to the Trustee for the following reason:

_____ a. Trustee has been unable to locate Creditor.

__X__ b. Creditor returned funds.

_____ c. Stale dated, check 90 days old and not negotiated.

Page Two
Unclaimed funds
06-23096 A

    Therefore, pursuant to Section 347(a) of the Bankruptcy Code, the Trustee hereby pays the funds into Court for disposition in accordance with Chapter 129 of Title 28, U.S.C.

Very truly yours,

RONDA J. WINNECOUR
for Standing Chapter 13 Trustee

cc: KENNETH SEITZ ESQ
    MICHELLE A. GUZA

    HARBOUR LIGHTS
    Creditor